HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES ELLIS CROCKETT,<br><br>               Petitioner,<br><br>   v.<br><br>RON HAYNES,<br><br>               Respondent. | CASE NO. C19-6211RBL<br><br>ORDER |

THIS MATTER is before the Court on Magistrate Judge Creatura's Report and Recommendation [Dkt. # 7], recommending that this Court deny Petitioner Crockett's § 2254 habeas petition, with prejudice, and dismiss the case. Crockett has objected [Dkt. # 8] and the State has responded. [Dkt. # 9].

1. The Report and Recommendation is ADOPTED;

2. Crockett's habeas petition is denied and DISMISSED with prejudice;

3. There is no need for an evidentiary hearing;

4. The Court will NOT issue a Certificate of Appealability for the reasons articulated in the R&R.; and

ORDER - 1

5. The clerk shall send a copy of this Order to Crockett, the state's counsel, and to Magistrate Judge Creatura.

IT IS SO ORDERED.

Dated this 15th day of May, 2020.

Ronald B. Leighton
United States District Judge

ORDER - 2